# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __GEORGIA__

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 2 5 2012

JAMES N. HATTEN, Clerk
_____ Deputy Clerk

UNITED STATES OF AMERICA

V.

__ALEXIS ISABELL ADAMS__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: __1:12-MJ-832__

CHARGING DISTRICTS
CASE NUMBER: __4-12-70715__

I understand that charges are pending in the __Northern__ District of __California__ alleging violation of __18:371 and 875(d)__
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

_____
6/25/12
Date

_____
Defense Counsel